**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7411

CHARLES MICHAEL STOKES,

             Plaintiff - Appellant,

       v.

ANDREW MOORMAN, sued in his individual and official
capacities,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Cameron McGowan Currie, District
Judge.  (9:10-cv-01711-CMC)

Submitted:  December 21, 2010        Decided:  January 4, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Michael Stokes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles M. Stokes appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stokes v. Moorman, No. 9:10-cv-01711-CMC (D.S.C. Sept. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED